UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| ADOLFO AGUILAR FLORES, | ) | No. SA CV 16-1255-R (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| M.E. SPEARMAN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 30, 2017

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE